IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 27 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| JEFFREY FRANKLIN WASHINGTON, <br> Petitioner, | Civil Action No. 7:13-cv-00526 |
| v. | **ORDER** |
| HAROLD CLARKE, et al., <br> Respondents. | By:  Hon. Michael F. Urbanski <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** as successive; Petitioner's motion for state court records and motion for a transfer are **DENIED as moot**; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for Respondent.

ENTER: This 27th day of January, 2014.

/s/ Michael F. Urbanski
United States District Judge